MARCUS E. SINK *versus* DANIEL SCULLY (AND GEORGE A. O'KEEFFE). 

JOURNAL ENTRIES (1836): *Journal 5:* (1) Judgment reversed *p. 112.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) bond for certiorari; (3) writ of certiorari and return.
*1824–36 Calendar*, MS p. 244.

 PATRICK DONAHUE *versus* ELIJAH W. WOOLSEY AND BRIANT B. BARTLETT. 

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule for further return to certiorari *p. 112.
PAPERS IN FILE: (1) Affidavit for certiorari, allocatur, and exhibits—(a) copy of affidavit for replevin, (b) copy of writ of replevin; (2) J. P. papers—(a) affidavit for replevin, (b) writ of replevin, (c) replevin bond; (3) writ of certiorari and return; (4) motion for further return.
*1824–36 Calendar*, MS p. 249.

 HENRY V. DISBROW AND REYNOLD GILLET *versus* FRANCIS MENARD. 

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule for further return to certiorari *p. 112; (2) motion to quash proceedings below *p. 117.
PAPERS IN FILE: (1) Affidavit for certiorari, allocatur; (2) writ of certiorari and return; (3) motion for further return; (4) further return; (5) motion to quash proceedings below; (6) motion to dismiss certiorari; (7) affidavit of James Q. Adams; (8) affidavit of Charles Meigs; (9) bond for certiorari; (10) motion to transmit case to Second Circuit; (11) motion to dismiss certiorari; (12) bond for certiorari.
*1824–36 Calendar*, MS p. 246.

 UNITED STATES EX REL. GEORGE W. MILLER *versus* MARTIN GREENMAN, J. P. 

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule for mandamus *p. 112.
PAPERS IN FILE: (1) Affidavit for mandamus; (2) writ of mandamus and answer.
*1824–36 Calendar*, MS p. 254 [b].

 UNITED STATES EX REL. ALMON GIDDINGS *versus* ELIJAH J. ROBERTS, J. P., WAYNE COUNTY.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule for mandamus *p. 113.
PAPERS IN FILE: (1) Affidavit of Almon Giddings.
*1824–36 Calendar*, MS p. 255 [a].

 MORTON WINTON *versus* NATHANIEL T. LUDDEN. 

JOURNAL ENTRIES (1836): *Journal 5:* (1) Subpoena ordered issued *p. 113; (2) motion for rule to plead, answer, or demur *p. 117; (3) rule to plead, answer, or demur *p. 124.
PAPERS IN FILE: [None]
*Chancery Case* . . . . of . . . .

 HORACE STEEVENS *versus* DANIEL THURSTON. 

JOURNAL ENTRIES (1836): *Journal 5:* (1) Leave given to file bill, rule for subpoena *p. 114; (2) rule to plead, answer, or demur *p. 124.
PAPERS IN FILE: [None]
*Chancery Case* . . . . of . . . .